IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WHO MIDCO CORPORATION, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-049-JJF |
| JOHN DOES one through ten, | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, in February, 2005, the Plaintiff was granted leave to conduct limited expedited discovery to assist in the identity of the Doe Defendants;

WHEREAS, six months has lapsed without service of this matter or the identity of the Doe Defendants;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, September 15, 2005 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_August 25, 2005_
DATE

_____
UNITED STATES DISTRICT JUDGE