IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WHO MIDCO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES ONE through TEN,<br><br>　　　　Defendants. | Civil Action No. 05-049-JJF |

NOTICE OF DISMISSAL

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff WHO Midco Corporation dismisses this action without prejudice.

　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL


　　　　　　　　　　　　　　　　 /s/ Maryellen Noreika
　　　　　　　　　　　　　　　　Maryellen Noreika (#3208)
　　　　　　　　　　　　　　　　1201 North Market Street
　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　Wilmington, DE  19899-1347
　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　 Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　 WHO Midco Corporation

OF COUNSEL:

David J. Stewart
Demetrius T. Lockett
Alston & Bird, LLP
1201 W. Peachtree Street
Atlanta, GA  30309-3424
(404) 881-7000

September 15, 2005